SDNY

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-CV-2642

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MIG Capital Management
was received by me on *(date)* 5·10·2011 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Raul Mangal , who is
designated by law to accept service of process on behalf of *(name of organization)* MIG Capital Management on *(date)* 5·16·2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-16-2011

Server's signature

Lisa Soupart Process Server
*Printed name and title*

13122 Tall Palm Place
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District District of New York

Index Number: 11 CIV 2642                                                                 Date Filed: _____

Plaintiff:
**SUE J. THOMAS**

vs.

Defendant:
**MIG CAPITAL MANAGEMENT, INC.**

For:
Bruce K. Warren, Esquire
Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, PA  19046

Received by MercuryServe, Inc. on the 9th day of May, 2011 at 1:15 pm to be served on **MIG Capital Management, Inc., 5811 Memorial Highway, Suite 208, Tampa, FL 33615**.

I, Lisa Soupart, being duly sworn, depose and say that on the **16th day of May, 2011** at **4:35 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons in a Civil Action and Complaint and Jury Demand, with Exhibit "A", Individual Practices of Judge Thomas P. Griesa, and Electronic Case Filing Rules & Instructions** with the date and hour of service endorsed thereon by me to RAUL MANGAL as MANAGER authorized to accept service, within named corporation, and informing said person of the contents thereof, in compliance with State Statutes.

I certify that I am over the age of 18 and have no interest in the above action.  Pursuant to Florida Statute 92.525, and under penalties of perjury, I declare that I have read the foregoing Return of Service, and that the facts stated in it are true.

Subscribed and Sworn to before me on the 18th day of May, 2011 by the affiant who is personally known to me.

NOTARY PUBLIC

CARLA JEAN SPEARS
MY COMMISSION # DD978138
EXPIRES April 01, 2014
FloridaNotaryService.com
(407) 398-0153

Lisa Soupart
Process Server

MercuryServe, Inc.
500 E. Kennedy Blvd.
Suite 100
Tampa, FL 33602
(813) 223-5400
Our Job Serial Number: MSI-2011004935

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4k

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Sue J. Thomas <br> *Plaintiff* <br> v. <br> MIG Capital Management, Inc. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **11 CIV 2642** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MIG Capital Management, Inc.
5811 Memorial Highway, Suite 208
Tampa, FL 33615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bruce K. Warren, Esquire
Warren & Vullings, LLP
93 Old York Road, Suite 333
Jenkintown, PA 19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: APR 18 2011

*Signature of Clerk or Deputy Clerk*