IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SUE J. THOMAS | : | CIVIL ACTION |
| vs. | : | 11-CV-2642 |
| MIG CAPITAL MANAGEMENT, INC. | : | |
| | : | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Sue J. Thomas, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Warren & Vullings, LLP
93 Old York Road
Ste. 333
Jenkintown, PA 19046
215-745-9800